# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00545-CV

**Shalanda Deshon Moore and Joseph Rutherford Willie, II, Appellants**

**v.**

**Riecke Baumann, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-11-012239, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Shalanda Deshon Moore and Joseph Rutherford Willie, II, have failed to prosecute this appeal. Appellants' brief was due on December 4, 2012. On February 26, 2013, this Court's clerk sent appellants a notice informing them that their brief was overdue and cautioned that the appeal could be dismissed for want of prosecution unless they filed a response reasonably explaining their failure to file a brief. The response was due by March 8, 2013. Appellants have not responded to the notice, nor have they filed a brief. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Goodwin and Field

Dismissed for Want of Prosecution

Filed:   April 5, 2013

2